UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:  19 CR 582 |
| v. | ) |
| | ) |
| DAVID IZSAK | ) |
| | ) Judge NORGLE |
| Defendant. | ) |

**DEFENDANT DAVID IZSAK'S MOTION TO TRAVEL SO HE MAY ATTEND HIS
NEICE AND NEPHEW'S B'NAI MITZVAH[1]**

NOW COMES DAVID IZSAK, by and through one of his attorneys, Steven A. Greenberg, moving this Court to allow him to travel.  In support he states the following:

1. On July 17, 2019 David Izsak was indicted for violations of 18 U.S.C. 1344 and 1028(a). In summary the indictment alleges that he, along with Yale Schiff, fraudulently obtained mortgage loans or home equity loans and other financing, including credit card accounts, beginning in 2005 and continuing until 2018.

2. David has a niece and nephew who are having their B'nai Mitzvah over the Thanksgiving holiday. The religious ceremony was scheduled before David was indicted. It is to take place on a Caribbean cruise. Family, friends of

---

[1] A B'nai Mitzvah is a bar mitzvah for two or more people

1

family, and friends of the minors, as well as the Rabbi, are all going on this cruise. The cruise was first booked in November 2018, long before David was indicted. See attached cruise booking.

3. At the present time David's conditions of release restrict his travel to the Northern District of Illinois. He is requesting that the Court permit him to travel for this family religious event.

4. David would be traveling with Yelena K., his fiancé, Charlotte, Scott, Joah and Shayna W., who are his sister, brother-in-law, nephew and niece, and his brother in law's parents, Howard and Marilyn W. As indicated above, there would be others who are friends of the W family and their children, as well as the Rabbi.

5. The cruise leaves from Fort Lauderdale on November 23 and returns on November 30, 2019. David is requesting to travel to Florida on November 22 and to return on December 1.

6. David has been compliant with each and every condition of his release.

WHEREFORE, DAVID IZSAK, requests that he be allowed to travel, and for such further relief as may be appropriate.

Respectfully Submitted,
**David Izsak,** Defendant


By:    *s/Steven A. Greenberg*
       One of Defendant's Attorneys


STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
53 W. JACKSON, SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500