# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID IZSAK | Case No. 19 CR 582<br><br>Hon. Charles R. Norgle |

### AGREED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant David Izsak, by one of his counsel, respectfully requests this Court enter an order modifying the conditions of his pretrial release to allow him to travel to within the continental United States. In support thereof, Mr. Izsak states as follows:

1. The order setting conditions of pretrial release was entered on July 23, 2019 [Doc. 16].

2. Mr. Izsak posted an unsecured bond and is currently under the supervision of U.S. Pretrial Services.

3. Mr. Izsak is fully compliant with the conditions of his pretrial release.

4. Mr. Izsak now seeks a modification of this Court's order, which confines his travel to the Northern District of Illinois "except as specifically permitted and approved otherwise."

5. Mr. Izsak needs to travel outside of the Northern District of Illinois, including to Indiana and Florida, for work purposes.

6. Mr. Izsak operates a car rental business and has occasion to travel to Dyer, Indiana to attend the auto auction located there.

7. Mr. Izsak also has the opportunity to earn income by overseeing construction projects on his friends' homes in Florida.

8. Mr. Izsak therefore requests that the order be modified to allow Mr. Izsak to travel within the continental United States with prior notice to and permission from U.S. Pretrial Services.

9. Undersigned counsel has spoken to the Assistant United States Attorney assigned to this case, who agreed to this motion and the proposed order.

WHEREFORE, for the foregoing reasons, Mr. Izsak respectfully requests that this Court modify the order setting conditions of pretrial release to allow him to travel within the continental United States with the prior notice to and permission from U.S. Pretrial Services.

Dated: October 1, 2019

Respectfully submitted,

 /s/ Megan Cunniff Church
Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, Illinois  60654
312.450.6700 (telephone)
312.450.6701 (facsimile)
mchurch@mololamken.com

*Attorney for David Izsak*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2019, I electronically filed the foregoing agreed Motion to Modify Conditions of Pretrial Release with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Dated: October 1, 2019                        Respectfully submitted,

                                                By:  <u>s/Megan Cunniff Church</u>
                                                           Megan Cunniff Church
                                                           MOLOLAMKEN LLP
                                                           300 North LaSalle Street
                                                           Suite 5350
                                                           Chicago, Illinois 60654
                                                           Tel: (312) 450-6716
                                                           Fax: (312) 450-6701
                                                           mchurch@mololamken.com