UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 582 |
| | ) | |
| DAVID IZSAK | ) | Hon. Judge Norgle |
| | ) | |

**DEFENDANT DAVID IZSAK'S FOR PRESERVATION**
**OF ROUGH NOTES AND LOGS**

Now comes, the Defendant, David Izsak, by and through his attorneys, Nishay K. Sanan and Cece White, and moves this Court for an order directing the government to obtain and preserve for production all rough notes prepared by law enforcement authorities, all investigative agencies and any civilian agents and informants, during the course of the investigation of this case and in the co-defendants' case *United States v. Schiff, et al*. 19 CR 474 (NDIL); notes of witness interviews conducted by prosecutors and/or investigating agents; and, notes and logs relating to execution of search warrants and other investigative activities.

1. Notes prepared by an agent or prosecutor are potentially subject to discovery as embodying a defendant's statement, *see* Fed. R. Crim. P. 16, or as constituting the statement of a government witness (including, among others, the person who prepared the notes, if he or she testifies), *see*, 18 U.S.C. § 3500.

2. Because notes are potentially discoverable, they must be preserved by the government. *See*, *United States v. Harris*, 543 F.2d 1247, 1252 (9th Cir. 1976); *United States v. Harrison*, 524 F.2d 421, 433 (D.C. Cir. 1975); *United States v. Lim*, No. 99 CR 689, 2000 WL

1

782964 at *4 (N.D. Ill., June 5, 2000)(Kennelly, J.); *United States. v. Bontkowski*, 49 F.Supp.2d 1075 (N.D. Ill. 1999)(Bucklo, J.)

3. It appears, from counsel's review of the discovery, that law enforcement interviewed many witnesses and the co-defendant Yale Schiff (on multiple occasions), who was charged separately. There may also be other interviews of which counsel is currently unaware. It is respectfully submitted that the notes of agents, police officers, and other members of the law enforcement and prosecution teams, taken contemporaneously with these interviews, may well be discoverable as prior statements of the witnesses and should be preserved.

4. In the event that any of the materials requested in this motion have been destroyed, Defendant requests that this Court conduct a hearing and grant appropriate relief.

WHEREFORE, Defendant respectfully requests that this Court grant his motion for preservation of rough notes and logs.

Respectfully submitted,

*/s/ Nishay K. Sanan*
nsanan@aol.com

Respectfully submitted,

*/s/ Cece White*
cece@sananlaw.com

Nishay K. Sanan, Esq.
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Tel: 312-692-0360
Fax: 312-957-0111