UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 19 CR 582 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| DAVID IZSAK | ) | |

**PROPOSED STATEMENT OF THE CASE**

Defendant is charged in a twelve-count indictment with engaging in a scheme to defraud financial institutions in order to obtain money, funds, credits, assets, and other properties by means of false statements, pretenses, representations, and concealment of material facts. Defendant is also charged with using the social security number and date of birth of another person in connection with a obtaining a credit card account.

Defendant has pled not guilty to the charges.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: *s/Patrick King*
PATRICK KING
ELHAM M. PEIRSON
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604

Dated: August 2, 2023