**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 582 |
| | ) | |
| DAVID IZSAK | ) | Hon. Manish S. Shah |
| | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Now comes the Defendant, David Izsak, by and through his attorneys Nishay K. Sanan and Cece White, and respectfully requests that this Honorable Court grant the instant motion for leave to file exhibit under seal, pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 26.2. In support, Mr. Izsak states as follows.

1. Mr. Izsak is contemporaneously filing his Response to the Government's Motions in Limine.

2. There is one exhibit which Defendant seeks to file under seal: (1) **Exhibit A** is the Illinois State Police Criminal History Record Information.

3. This document contains personal identifying information such as a social security number and driver's license numbers, and contains other sensitive information including records that have been sealed by the Circuit Court of Cook County.

4. Mr. Izsak seeks to file each under seal. This will allow him to refer to the document in his motion without concerns of revealing the sensitive details included in this Exhibit.

5. Pursuant to Local Rule 26.2, Mr. Izsak will provisionally file the exhibits under seal in this case as a separate document.

Wherefore, the Defendant, David Izsak, respectfully requests that this Court grant his request to file this Exhibit under seal as Exhibit A to his Response to Government's Motions in Limine.

        Respectfully submitted,

        /s/ Nishay K. Sanan
        nsanan@aol.com


        /s/ Cece White
        cece@sananlaw.com

        Nishay K. Sanan, Esq.
        53 W. Jackson Blvd., Suite 1424
        Chicago, Illinois 60604
        Tel: 312-692-0360
        Fax: 312-957-0111