UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT**
**<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment A

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _Peggy Horton_____, am employed by

**Fifth Third Bank**                    (name)

_____.

(name of entity)

My official title is _____. As part of my duties as a

(title)

_Subpoena Specialist_ I am familiar with the records that_____ **Fifth Third Bank** ,

(title)                                                                (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received,

created and relied upon by ____**Fifth Third Bank**_____ in the ordinary course of its

(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or

duplicates of the original records kept in the custody of _____**Fifth Third Bank**_____ :

(name of entity)

*List documents*

I further certify that:

A)     such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice;

D)     if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Peggy Horton_____
Signature

Executed on this _15_ day of ___7___, _2013_
                (day)        (month)        (year)

at _Cincinnati_____, _Ohio_ _45263_
     (city)                (state)

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

## CERTIFICATE OF AUTHENTICITY

I, Amy Terry am employed by Fifth Third Bank.

**My official title is Records Custodian.**

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A.   Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B.   Such record(s) were kept in the course of a regularly conducted business activity;

C.   The business activity made such record(s) as a regular practice;

D.   If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
**Signature**

Amy Terry
_____
**Printed Name**

Executed on this May 22, 2019.



## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _Amy Terry_ , am employed by
(name)

**Fifth Third Bank**
(name of entity)

My official title is_Amy Terry Legal Operations Servicing Specialist_. As part of my duties as a
(title)

_Legal Operations Servicing Specialist_ , I am familiar with the records that _Fifth Third Bank_ ,
(title)                                                    (name of entity)

keeps in the ordinary course of business.  I am familiar with the types of documents received,

created and relied upon by _Fifth Third Bank_ in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _Fifth Third Bank_ :
(name of entity)

*List documents*

I further certify that:

A)     such records were made, at or near the time of the occurrence of the matters set forth,
       by (or from information transmitted by) a person with knowledge of those matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice;

D)     if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Amy Terry_
Signature

Executed on this _02_ day of _May_, _2019_,
           (day)        (month)      (year)

at _Cincinnati_, _Ohio_ .
      (city)          (state)

UNITED STATES OF AMERICA

               v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment B

---

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

# 12 GJ 227

I, <u>Wendy Holderman</u>, am employed by <u>Recorder of Deeds</u>. My official title is <u>Attorney</u>. As part of my duties as <u>Attorney</u>, I am familiar with the records that <u>Recorder of Deeds</u> keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by <u>Recorder of Deeds</u> in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of <u>Recorder of Deeds</u>.

<u>See attached for lists</u>

I further certify that:

A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by a person with knowledge of those matters);
B) Such records were kept in the course of a regularly conducted business activity;
C) The business activity made such records as a regular practice;
D) If such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_(signature)_

Signature

Executed on this July 15, 2019
at Chicago, Illinois.

## 2046 W. Race Avenue, Chicago (PIN 17-07-121-030-0000)

Document No. 0411248107 – Trustees Deed (4/21/2004)
Document No. 0411248110 – Mortgage (4/21/2004)
Document No. 0411248108 – Mortgage (4/21/2004)
Document No. 0411248111 – Assignment (4/21/2004)
Document No. 0411248109 – Assignment (4/21/2004)
Document No. 0425342230 – Mortgage (9/9/2004)
Document No. 0433112037 – Assignment (11/26/2004)
Document No. 0500506168 – Assignment (1/5/2005)
Document No. 0519402022 – Mortgage (7/13/2005)
Document No. 0520615077 – Release (7/25/2005)
Document No. 0521406104 – Release (8/2/2005)
Document No. 0521505328 – Release (8/3/2005)
Document No. 0523534016 – Release (8/23/2005)
Document No. 0526621025 – Mortgage (9/23/2005)
Document No. 0531950106 – Release (11/15/2005)
Document No. 0601842144 – Mortgage (1/18/2006)
Document No. 0601956064 – Release (1/19/2006)
Document No. 0605456014 – Release (2/23/2006)
Document No. 0606934002 – Release (3/10/2006)
Document No. 0624431070 – Release (9/1/2006)
Document No. 0626827106 – Release (9/25/2006)
Document No. 0628949057 – Mortgage (10/16/2006)
Document No. 0632222071 – Mortgage (11/20/2006)
Document No. 0632849199 – Release (11/24/2006)
Document No. 0703750144 – Release (2/6/2007)
Document No. 0726250081 – Release (9/19/2007)
Document No. 0733403029 – Mortgage (11/30/2007)
Document No. 0811255004 – Mortgage (4/21/2008)
Document No. 0813015101 – Release (5/9/2008)
Document No. 0908656057 – Release (3/27/2009)
Document No. 1001108394 – Mortgage (1/11/2010)
Document No. 1016529099 – Notice (6/14/2010)
Document No. 1017434088 – Release (6/23/2010)
Document No. 1019031069 – Lis Pendens (7/9/2010)
Document No. 1021819053 – Affidavit (8/6/2010)
Document No. 1121308096 – Assignment (8/1/2011)
Document No. 1127010029 – Corrected Mortgage (9/27/2011)
Document No. 1127229052 – Release (9/29/2011)
Document No. 1133408135 – Release (11/30/2011)
Document No. 1208031032 – Lis Pendens Foreclosure (3/20/2012)
Document No. 1324922115 – Assignment (9/6/2013)
Document No. 1326208430 – Release (9/19/2013)
Document No. 1327022094 – Cancellation (8/1/2011)
Document No. 1506829076 – Agreement (3/9/2015)
Document No. 1624339220 – Release (8/30/2016)
Document No. 1829617043 – Quit Claim Deed (10/23/2018)

<div style="border: 1px solid black;">

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

</div>

# 12 GJ 227

I, <u>Wendy Holderman</u>, am employed by <u>Recorder of Deeds</u>. My official title is <u>Attorney</u>. As part of my duties as <u>Attorney</u>, I am familiar with the records that <u>Recorder of Deeds</u> keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by <u>Recorder of Deeds</u> in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of <u>Recorder of Deeds</u>.

<u>See attached for lists</u>

I further certify that:

A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by a person with knowledge of those matters;
B) Such records were kept in the course of a regularly conducted business activity;
C) The business activity made such records as a regular practice;
D) If such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_WHLdaman_

Signature

Executed on this July 15, 2019
at Chicago, Illinois.

2158 W. Grand Unit 208, Chicago (PIN 17-07-123-041-1010)

Document No. 0530732001 – Warranty Deed (11/3/2005)
Document No. 0535415004 – Mortgage (12/20/2005)
Document No. 1032656060 – Release (11/22/2010)
Document No. 1133528001 – Warranty Deed (12/1/2011)
Document No. 1214311004 – Warranty Deed (5/22/2012)
Document No. 1906449058 – Lis Pendens Foreclosure (3/5/2019)

CCRD_003-000002

UNITED STATES OF AMERICA

               v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT**
**<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment C



Citigroup Management Inc.
On behalf of Citibank N.A.
Litigation Support (Texas)
100 Citibank Drive
San Antonio, TX 78245-3214

### AFFIDAVIT

STATE OF TEXAS)

               )SS:

COUNTY OF BEXAR)

I, **Haydee Benavides** do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records in the matter of **David Izsak., (statements, signature cards, and transaction images), Citibank Ref# 2013-06141, #13 GJ 227.**
6. The attached records are copies or duplicates of the available records requested in the Subpoena with redacted information.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2014 at San Antonio, TX.


**Haydee Benavides,** Legal Support Specialist
Citigroup Management Corp.


Subscribed and sworn to before me on January 10, 2014.

SEAL

M YVETTE GUTIERREZ
My Commission Expires
September 9, 2017

My commission expires

Notary Public

---

The U.S. Service Center performs customer account servicing for Citibank, N.A., Citibank (South Dakota), N.A. Citibank (Nevada), N.A., Citibank F.S.B., Citibank (West) F.S.B. and Citibank Texas, N.A.
**A member of Citigroup**

UNITED STATES OF AMERICA

              v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT**
**<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment D



# <u>AFFIDAVIT</u>

**STATE OF TEXAS)**

)SS:

**COUNTY OF BEXAR)**

I, Linda Gonzales, do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. Documents attached are in the matter of **David Izsak**, my reference number **LSI-07182016-4018222**.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2016 at San Antonio, TX.

Linda Gonzales, Legal Support Specialist
Citigroup Management Corp.

Subscribed and sworn to before me on August 31, 2016

AMANDA V MONTEMAYOR
Commission # 125885194
My Commission Expires
October 1, 2019

My commission expires 10-1-19

Notary Public

CITIBK_003-000002

UNITED STATES OF AMERICA

              v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
## SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment E



**AFFIDAVIT**

**STATE OF TEXAS)**
                          )SS:
**COUNTY OF BEXAR)**

I, Gabriela Pesina, do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is Subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. **Documents attached are in the matter of Premier Assets, Inc., Case No: 12 GJ 227, Citibank reference number LSI-01062017-4188167.**

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2017 at San Antonio, TX.

Gabriela Pesina, Legal Support Specialist
Citigroup Management Corp.

Subscribed and sworn to before me on January 25, 2017.

SUSAN C SANCHEZ
Commission # 130379142
My Commission Expires
September 22, 2019

My commission expires 09/22/19

Notary Public



**AFFIDAVIT**

**STATE OF TEXAS)**

                **)SS:**

**COUNTY OF BEXAR)**

I, Gabriela Pesina, do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is Subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. **Documents attached are in the matter of Premier Assets, Inc., Case No: 12 GJ 227, Citibank reference number LSI-01062017-4188167.**

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2017 at San Antonio, TX.

Gabriela Pesina, Legal Support Specialist
Citigroup Management Corp.

Subscribed and sworn to before me on February 13, 2017.

AMANDA V MONTEMAYOR
Commission # 125885194
My Commission Expires
October 1, 2019

My commission expires 10-1-19

Notary Public

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment F

**DECLARATION OF QUALIFIED PERSON CERTIFYING
THE AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) & 902(11)**

I, the below-signed Declarant, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the information contained in this declaration is true and correct. I am employed by **Capital One Services, LLC**, and in this position I have personal knowledge of the business records of and am a qualified person authorized to declare and certify on behalf of **Capital One, N.A., successor by merger to ING Bank, fsb ("Capital One")** the following in accordance with Federal Rules of Evidence 803(6) and 902(11):

1.       This Declaration is made in conjunction with Capital One's response to the Grand Jury subpoena issued by **AUSA Kaarina Salovaara** in the matter of **12 GJ 227 / Scott Gripman** dated **June 3, 2013** ("Subpoena").

2.       The documents attached hereto represent those responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One.

3.       In accordance with Federal Rule of Evidence 902(11), I certify that the documents attached hereto:

(A)     were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B)     were kept in the course of the regularly conducted business activity of Capital One; and

(C)     were made by Capital One as a regular practice during its regularly conducted business activity.

4.       Capital One is providing the records attached hereto to the requested agent of the United States Government, as directed by the Subpoena, to take custody of these documents and present them to the Grand Jury in lieu of an actual appearance by Capital One before the Grand Jury. Capital One understands that this is voluntary on Capital One's part and that Capital One may appear before the Grand Jury with expenses paid, as provided by the applicable U.S. statutes.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing information contained in this declaration is true and correct. Executed as of the below date.

_____
Signature of Declarant

_____July 25, 2013_____
Date of Declaration

_____
                    Antoinetta Handy
Printed Name of Declarant

| **For Capital One Use Only** |
| File #: 201313494 |
| Wilm Aff Template No. 8 |

CAP1_001-000003

UNITED STATES OF AMERICA

          v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment G

## AFFIDAVIT FOR BUSINESS RECORDS

RECORDS PERTAINING TO:   Chicago Title Insurance Company's guaranty file
number 8337824 pertaining to 16 S. Aberdeen, Unit
9 & guaranty file number 008316690 pertaining to
2046 W. Race.

STATE OF TEXAS §
COUNTY OF DALLAS §

   BEFORE ME, the undersigned Notary Public, on this day personally appeared Randal L. Telford,
known to me to be the person whose name is subscribed below, who, after being duly sworn by me,
deposed and stated on their oath as follows:

   "My name is Randal L. Telford. I am employed by Fidelity Title Insurance Company, parent
company to Chicago Title Company, as Vice President, Litigation Counsel. I am competent to
make this affidavit. I have personal knowledge of the facts stated herein and all such facts are
true and correct."

   "I am Vice President, Litigation Counsel for Fidelity Title Insurance Company, and as such, I am
authorized to make this affidavit on behalf of Fidelity Title Insurance Company. I am a custodian
of the records of Fidelity Title Insurance Company. Attached hereto are records from Fidelity
Title Insurance Company, which are kept by Fidelity Title Insurance Company in the regular
course of business, and it was in the regular course of business of Fidelity Title Insurance
Company for an employee, agent or representative of Fidelity Title Insurance Company with
knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to
transmit the information thereof to be included in such record, and the record was made at or near
the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the
original records."

   "Sayeth further, affiant sayeth naught."

          FIDELITY TITLE INSURANCE COMPANY

          By: Randal L. Telford
          Its: VICE PRESIDENT, LITIGATION COUNSEL

   SUBSCRIBED AND SWORN TO before me on this _____ day of January, 2014,
by Randal L. Telford.

JOANN BRIGHT
MY COMMISSION EXPIRES
July 26, 2015

       NOTARY PUBLIC, STATE OF TEXAS

UNITED STATES OF AMERICA

              v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment H

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, _RICHARD WAGNER_____, am employed by
_Chicago Title LLC_____.
(name)
(name of entity)
My official title is _Vice President/Manager_. As part of my duties as a
(title)
_Vice President/Manager_, I am familiar with the records that _Chicago Title LLC_,
(title)
(name of entity)

keeps in the ordinary course of business.    I am familiar with the types of documents received,
created and relied upon by _Chicago Title, LLC_ in the ordinary course of its
(name of entity)

business.

    I certify that I have reviewed the records attached hereto and that these records are the
original or duplicates of the original records kept in the custody of _Chicago Title, LLC_
(name of entity)

### List documents

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set
forth, by (or from information transmitted by) a person with knowledge of those
matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Signature

Executed on this _7th_ day of _February_, _2014_.
(day)
(month)
(year)

at _Chicago_, _Illinois_.
(city)
(state)

CTITLE_001-000001

UNITED STATES OF AMERICA

           v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
SELF-AUTHENTICATING DOMESTIC RECORDS**

Attachment I

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, <u>MIKE COVERDALE</u>, am employed by
(name)

<u>BARCLAYS BANK DELAWARE</u>.
(name of entity)

My official title is <u>INTERNAL FRAUD ANALYST</u>. As part of my duties as a

<u>INTERNAL FRAUD ANALYST</u>, I am familiar with the records that <u>BARCLAYS BANK DELAWARE</u>
(title)                                                                                  (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received,

created and relied upon by <u>BARCLAYS BANK DELAWARE</u> in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of <u>BARCLAYS BANK DELAWARE</u>
(name of entity)

<u>APPLICATIONS, STATEMENTS, PAYMENTS</u>

*List documents*

I further certify that:

A)   such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)   such records were kept in the course of a regularly conducted business activity;

C)   the business activity made such records as a regular practice;

D)   if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Executed on this <u>15</u> day of <u>DECEMBER</u>, <u>2016</u>.
(day)          (month)          (year)

at <u>NEWARK</u>, <u>DELAWARE</u>.
(city)          (state)

UNITED STATES OF AMERICA

      v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
## SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment J

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _John Fraley_ , am employed by

_Real Estate Institute_ .
 (name)

(name of entity)

My official title is _Customer Service Manager_. As part of my duties as a
                              (title)

_Customer Service Manager_, I am familiar with the records that _Real Estate Institute,_
        (title)                                              (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received, created

and relied upon by _REI_ in the ordinary course of its
                    (name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original

or duplicates of the original records kept in the custody of _Real Estate Institute_ :
                                                          (name of entity)

*List documents*

I further certify that:

A)   such records were made, at or near the time of the occurrence of the matters set forth, by
     (or from information transmitted by) a person with knowledge of those matters;

B)   such records were kept in the course of a regularly conducted business activity;

C)   the business activity made such records as a regular practice;

D)   if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_John Fraley_
Signature

Executed on this _8_ day of _January_ , _2018_ .
               (day)        (month)        (year)

at _Niles_ , _Illinois_ .
      (city)        (state)

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

### GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment K

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _Geraldine Ford_____, am employed by
(name)

_PenFed Credit Union_.
(name of entity)

My official title is _BSA/AML Specialist_. As part of my duties as a
(title)

_BSA/AML Specialist_ I am familiar with the records that _PenFed Credit Union_.
(title)                                              (name of entity)

keeps in the ordinary course of business.    I am familiar with the types of documents received,

created and relied upon by _PenFed Credit Union_ in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _PenFed Credit Union_
(name of entity)

*List documents*

I further certify that:

A)      such records were made, at or near the time of the occurrence of the matters set forth,
by (or from information transmitted by) a person with knowledge of those matters;

B)      such records were kept in the course of a regularly conducted business activity;

C)      the business activity made such records as a regular practice;

D)      if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Geraldine Ford_____
Signature

Executed on this _17_ day of _June_____, _2019_.
(day)          (month)          (year)

at _Alexandria_____, _VA_____.
(city)              (state)

PENFED_005-000001

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

### GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
### SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment L

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, _Michelle Kessem_, am employed by
_Fields Jeep Inc._.
(name of entity)
My official title is _Office Manager_. As part of my duties as a
_Office Manager_, I am familiar with the records that _Fields Jeep Inc._
(title)                                              (name of entity)
keeps in the ordinary course of business.   I am familiar with the types of documents received,
created and relied upon by _Fields Jeep Inc._ in the ordinary course of its
(name of entity)
business.

I certify that I have reviewed the records attached hereto and that these records are the
original or duplicates of the original records kept in the custody of _Fields Jeep Inc._:
(name of entity)

### List documents

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth,
by (or from information transmitted by) a person with knowledge of those matters;
FIELDS_8.22.2022

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Michelle Kessem_
Signature

Executed on this 19th day of _Dec. 2016_.
(day)        (month)      (year)

at _Glenview, IL 60026_                    12/19, 2016
(city)         (state)

OFFICIAL SEAL
SUSAN LANE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 0807/19

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
SELF-AUTHENTICATING DOMESTIC RECORDS**

Attachment M

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, Jennifer Wiedemann , am employed by
_(name)_

Devon Bank .
_(name of entity)_

My official title is VP BSA Officer . As part of my duties as a
_(title)_

VP BSA Officer , I am familiar with the records that Devon Bank ,
_(title)_                                      _(name of entity)_

keeps in the ordinary course of business.    I am familiar with the types of documents received,

created and relied upon by Devon Bank in the ordinary course of its
_(name of entity)_

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of Devon Bank :
_(name of entity)_

_List documents_

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth,
by (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Jennifer Wiedemann .
Signature

Executed on this 28th day of December , 2016 .
_(day)_           _(month)_        _(year)_

at Chicago , IL
_(city)_               _(state)_

UNITED STATES OF AMERICA

               v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment N


Citizens Bank

**CERTIFICATE OF AUTHENTICITY**
**OF**
**BUSINESS RECORDS**

1.          I, Nubelia Rego, the undersigned, declare that I am employed by /associated with

Citizens Bank, N.A. in the position of Subpoena Summons Clerk and by

reason of my position am authorized and qualified to make this declaration.

2.          I further declare that the documents attached hereto are original records or

true copies of records that were:

      a.   made at or near the time of the occurrence of the matters described in the

          documents, by (or from information transmitted by) a person with knowledge

          of those matters;

      b.   kept in the course of a regularly conducted business activity; and

      c.   made by the said business activity as a regular practice.

3.          I further declare that the documents attached hereto constitute documents

responsive to the subpoena  issued on March 09, 2017  to

Citizens Bank, N.A., which are in the actual or constructive

RBS_8.22.2022
possession, custody or control of Keeper of Records.

Date of execution:     March 27, 2017

Place of execution:    Citizens Bank, N.A.

Signature:

Print Name:         Nubelia Rego

01fed certificate of authenticity.doc
Ref.# 781179

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

### GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment O

**DECLARATION CERTIFYING RECORDS OF
REGULARLY CONDUCTED ACTIVITY**

I, _Geraldine Ford_ , am employed by
(name)

_Pentagon Federal Credit Union_
(name of entity)

My official title is _BSA/AML Specialist_. As part of my duties as a
(title)

_BSA/AML Specialist_ I am familiar with the records that _Pentagon Federal Credit Union_
(title)                                                                        (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received,

created and relied upon by _Pentagon Federal Credit_ in the ordinary course of its
_Union_ (name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _Pentagon Federal Credit_
(name of entity)                                              _Union._

*List documents*

I further certify that:

A)     such records were made, at or near the time of the occurrence of the matters set forth,
       by (or from information transmitted by) a person with knowledge of those matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice;

D)     if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Geraldine Ford_
Signature

Executed on this _2_ day of _December, 2016_.
          (day)              (month)         (year)

at _Alexandria_ , _VA_ .
     (city)              (state)

UNITED STATES OF AMERICA

             v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
SELF-AUTHENTICATING DOMESTIC RECORDS**

Attachment P

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _Melissa Solomon_____, am employed by
<br>(name)

_Silverado Senior Living_____.
<br>(name of entity)

My official title is _Director of Risk + Legal Affairs_. As part of my duties as a
<br>(title)

_Director of Risk + Legal Affairs_ I am familiar with the records that _Silverado Senior Living_
<br>(title)      (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received,

created and relied upon by _Silverado Senior Living_ in the ordinary course of its
<br>(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _Silverado Senior Living_
<br>(name of entity)

### List documents

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth,
by (or from information transmitted by) a person with knowledge of those matters;

SILVERADO_8.22.2022

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Melissa Solomon_____
<br>Signature

Executed on this _17th_ day of _March_____, _2017_ .
<br>(day)      (month)      (year)

at _Irvine_____, _CA_____ .
<br>(city)      (state)

UNITED STATES OF AMERICA

        v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT**
**<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment Q

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _JOOST VAN HOUT_ , am employed by
                    (name)

_UNITED BANK_ .
   (name of entity)

My official title is _VP, Chief Operating Officer_. As part of my duties as a
              (title)

_VP COO_ , I am familiar with the records that _UNITED BANK_ ,
   (title)                              (name of entity)

keeps in the ordinary course of business.    I am familiar with the types of documents received,
created and relied upon by _UNITED BANK_ in the ordinary course of its
                      (name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the
original or duplicates of the original records kept in the custody of _UNITED BANK_ :
            (name of entity)

*List documents*

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth,
      by (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Signature

Executed on this 15th day of _JUNE_ , _2017_ .
        (day)        (month)     (year)

at _GLEN BURNIE_ , _MARYLAND_ .
      (city)       (state)

UNITED STATES OF AMERICA

          v.

DAVID IZSAK

| Case No. 19 CR 582 |
| Hon. Manish Shah |

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT <u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment R

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I,   Vicki Renier                         , am employed by
                    (name)
                                          34769
International Imports, LLC     .
          (name of entity)
My official title is_____. As part of my duties as a
                              (title)
_Office Manager_   , I am familiar with the records that _International Imports, LLC_ ·
          (title)                                    (name of entity)
keeps in the ordinary course of business.   I am familiar with the types of documents received,
created and relied upon by _International Imports, LLC_ in the ordinary course of its
                              (name of entity)
business.

I certify that I have reviewed the records attached hereto and that these records are the
original or duplicates of the original records kept in the custody of _International Imports_, LLC
              (name of entity)
                    SEE ATTACHED DOCUMENTS
                        *List documents*

I further certify that:

A)   such records were made, at or near the time of the occurrence of the matters set
     forth, by (or from information transmitted by) a person with knowledge of those
     matters;

B)   such records were kept in the course of a regularly conducted business activity;

C)   the business activity made such records as a regular practice;

D)   if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Signature

Executed on this___day of __November___, __2015_.
                (day)         (month)        (year)

at _Tinley Parkk_____, ___Illinois_____.
          (city)              (state)

IMPORT_001-000003

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19 CR 582 |
| v. | |
| DAVID IZSAK | Hon. Manish Shah |

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
## SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment S

Bank of America Legal Order Processing
Regarding reference number: D071916000660
Court case number: 15 GJ 227
Court or issuer: U. S. ATTORNEY'S OFFICE
Court case name: DAVID IZSAK

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Betty Wilson
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Betty Wilson, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
  a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
  b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
  c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| DAVID IZSAK MIM LLC | 7406 | Statement Pages | 01/01/2007 - 02/17/2011 |
| DAVID IZSAK | 2981 | Statement Pages | 01/29/2015 - 08/14/2016 |
| DAVID IZSAK | 7199 | Payment History, Statement Pages, Application | 01/01/2007 - 07/07/2016 |
| DAVID IZSAK | 3068 | Statement Pages, Signature Card | 09/08/2009 - 03/09/2011 |
| DAVID IZSAK | 3716 | Checks, Statement Pages, Signature Card, Deposits | 09/08/2009 - 01/08/2013 |

SOME RECORDS PRODUCED ELECTRONICALLY.

3.) **Production.**
____ **X.** The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _9/12/16_     Signature: _Betty Wilson_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_X_ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _12_ day of _SEPT 2016_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle

AARON MATTHEW WARNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 06, 2018

UNITED STATES OF AMERICA

             v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
SELF-AUTHENTICATING DOMESTIC RECORDS**

Attachment T

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------------------x
GRAND JURY SUBPOENA                                    :
                                                       :
Subpoena Number 12 GJ 227                              :
-------------------------------------------------------------------x

### AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS OF
### SOCIETE GENERALE

1.       My name is John Bardakjy.  I am over eighteen (18) years of age, of sound

mind, capable of making this Affidavit, and personally acquainted with the facts stated in

it.

2.       I am employed by Societe Generale, New York branch ("SGNY").  I submit

this Affidavit in order to authenticate certain documents prepared by SGNY.

3.       I am an Associate in the Legal Department of SGNY.  Among other things,

I am responsible for identifying, collecting and producing documents in response to

subpoenas issued to SGNY.  As such, I am familiar with the types of documents prepared

and maintained by SGNY.

4.       The documents enclosed are Bates stamped SGNY 000001 through SGNY

000003 and are true and correct copies of documents prepared or maintained by SGNY.

5.       The documents were made or maintained at or near the time of the occurrence of

the matters set forth therein by, or from information transmitted by, a person with knowledge of

these matters.

6.    The documents were kept in the course of SGNY's regularly conducted business activity, and it was the regular practice of SGNY to make or maintain these documents.

_____
John Bardakjy

Subscribed and sworn to before me
this __30ᵗ__ day of October, 2017.

_____
Notary Public

COURTENAY S. WOOD
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WO6510959
Qualified in Kings County
My Commission Expires September 08, 2018

2

UNITED STATES OF AMERICA

v.

DAVID IZSAK

Case No. 19 CR 582

Hon. Manish Shah

**GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
<u>SELF-AUTHENTICATING DOMESTIC RECORDS</u>**

Attachment U

## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _____Boban Ivanovic_____, am employed by
(name)

_____Abt Electronics Inc_____.
(name of entity)

My official title is _____Security Supervisor_____. As part of my duties as a
(title)

_____Security Supervisor_____, I am familiar with the records that _____Abt Electronics Inc_____,
(title)                                                    (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received, created
and relied upon by ____Abt Electronics Inc in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original
or duplicates of the original records kept in the custody of _____Abt Electronics Inc_____:
(name of entity)

*List documents*

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth, by
      (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Executed on this 21 day of _____August_____, _2023_.
                 (day)           (month)         (year)

at _____Glenview_____, _____Illinois_____.
        (city)                   (state)