**Exhibit B**

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    08/19/2020

On August 17, 2020, at approximately 10:15 AM, FEDERAL BUREAU OF INVESTIGATION ("FBI") Special Agents ("SAs") Donald E. Kaiser, Jr and Pamela J. McCarthy collected items (detailed below) from Jennifer Berkowitz of the Skokie Police Department, located at 7300 Niles Center Road, Skokie, Illinois 60077.

The items collected from the Skokie Police Department included 10 sealed evidence bags containing the following items:

- 9 Checkbooks in the name of JEFF KAPLAN
    - The checkbooks were for accounts with Navy Federal Credit Union (Account # ▇▇▇▇4001), BMO Harris (Account # ▇▇▇▇8602), Citibank (Account # ▇▇▇▇0249) and US Bank (Account # ▇▇▇▇129).
- 4 Checkbooks in the name of YALE SCHIFF
    - The checkbooks were for accounts with Washington Mutual Bank (Account # ▇▇▇▇4910), Citibank (Account # ▇▇▇▇8896) and TCF Bank (Account # ▇▇▇▇1460).
- 2 Checkbooks in the name of EVANSTON RENT A CAR OF AMERICA
    - The checkbooks were for an account with Chase Bank (Account # ▇▇▇▇5126).
- 2 Checkbooks in the name of ACM MANAGEMENT GROUP INC
    - The checkbooks were for an account with Chase Bank (Account # ▇▇▇▇9402).
- 9 Check transaction registers and 1 credit card holder
- 1 Illinois Driver's License in the name of JEFF KAPLAN
    - License No. ▇▇▇▇4176 showing an address of 910 W. Madison Street, Chicago, Illinois 60607 and an expiration date of June 21, 2019.
- 1 Credit card in the name of CAROLINE SCHIFF and CAROLINE SCHIFF & ASSOCIATES
    - A Bank of America MasterCard showing account number ▇▇▇▇ 8289 3894 with a "valid thru" date of April 2019.
- 3 Credit or charge cards and 1 check / debit card in the name of LEIA IZSAK
    - An Equality Card Visa card showing account number ▇▇▇▇▇▇▇▇

---

Investigation on   08/17/2020   at   Skokie, Illinois, United States (In Person)

File #   329A-CG-134127-302      Date drafted   08/18/2020

by   DONALD E. KAISER JR., Pamela J. McCarthy

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

329A-CG-134127-302

Continuation of FD-302 of (U) Evidence Collected - Storage Unit Items Received From Skokie PD, On 08/17/2020, Page 2 of 2

    4046 and a valid thru date of November 2018. The card was in the name of LEIA IZSAK and CIC SPECIALTY GROUP.
- A Navy Federal Credit Union Signature Visa card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 9058 with a "good thru" date of November 2018.
- An Old Navy charge card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 5415.
- A Navy Federal Credit Union Visa check card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 5773 with a good thru date of December 2017.

- 5 Credit cards and 1 debit card in the name of YALE SCHIFF
    - An Equality Card Visa card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 4319 and a valid thru date of November 2018. The card was in the name of YALE SCHIFF and CIC SPECIALTY GROUP.
    - An American Express card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 1012 with an apparent valid thru date of August 2021.
    - An American Express card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 1011 with an apparent valid thru date of February 2021.
    - A TCF Bank Visa debit card showing account number ▓▓▓▓▓▓▓▓ 1002 3350 with a good thru date of September 2019.
    - A TCF Bank Visa credit card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 7011 with a good thru date of August 2019.
    - A Fifth Third Bank "Business Debit Rewards" MasterCard showing account number ▓▓▓▓▓▓▓▓▓ 6416 and a valid thru date of February 2014. The card was in the name of YALE SCHIFF and ODG CHRISTIANA LLC.

- 4 Credit cards and 1 debit card in the name of JEFF KAPLAN
    - A Credit One Platinum Visa card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 7492 with a good thru date of November 2017.
    - A Citibank Citigold MasterCard debit card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 1663 with a valid thru date of August 2019.
    - An US Bank Signature Visa card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 9670 with a valid through date of March 2020.
    - An American Express card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 1008 with an apparent valid thru date of March 2020.
    - An Avianca LifeMiles Visa card showing account number ▓▓▓▓▓▓▓▓▓▓▓▓ 8623 with a good thru date of February 2022.

Berkowtiz signed a FD597, Receipt for Property, for the property above and was provided a copy.