**Exhibit A**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID IZSAK | Case No. 19 CR 582<br><br>Hon. Manish Shah |

## GOVERNMENT'S SUPPLEMENTAL MOTION IN LIMINE TO ADMIT
## SELF-AUTHENTICATING DOMESTIC RECORDS

Attachment A

### DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, _Peggy Horton_ (name), am employed by **Fifth Third Bank**

_____
(name of entity)

My official title is _____ (title). As part of my duties as a

_Subpoena Specialist_ (title) I am familiar with the records that **Fifth Third Bank** (name of entity),

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by **Fifth Third Bank** _____ (name of entity) in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of **Fifth Third Bank** (name of entity):

List documents

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Peggy Horton_
Signature

Executed on this _15_ day of _7_, _2013_
         (day)        (month)    (year)

at _Cincinnati_, _Ohio_ _45263_
    (city)          (state)

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

### CERTIFICATE OF AUTHENTICITY

I, Amy Terry am employed by Fifth Third Bank.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Amy Terry
_____
Printed Name

Executed on this May 22, 2019.



5TH3RD_010-000003

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, __Amy Terry__ (name), am employed by __Fifth Third Bank__ (name of entity). My official title is __Amy Terry Legal Operations Servicing Specialist__ (title). As part of my duties as a __Amy Terry Legal Operations Servicing Specialist__ (title), I am familiar with the records that __Fifth Third Bank__ (name of entity), keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __Fifth Third Bank__ (name of entity) in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __Fifth Third Bank__ (name of entity):

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

__Amy Terry__
Signature

Executed on this __02__ day of __May__, __2019__.
(day)     (month)     (year)

at __Cincinnati__, __Ohio__.
(city)     (state)