UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID IZSAK | No. 19 CR 582<br><br>Judge Manish S. Shah |

ORDER

(00:30)

Jury deliberates and returns a verdict. Defendant is found guilty as to each count: Count 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10. Post-trial motions are due 1/31/24. The government's response is due 2/21/24. Defendant's reply 3/6/24. Sentencing is set for 7/9/24 at 1:30 p.m. This case is referred to the Probation Office for preparation of the presentence report. The government shall submit its version of the offense to the Probation Office by 2/2/24. Defendant must submit its version to the Probation Office by 2/16/24. See Local Criminal Rule 32.1(e). Pursuant to Local Criminal Rule 32.1 (f), the court gives notice to the Probation Office and directs it to disclose (with the PSR) the Probation Office's sentencing recommendation to counsel for the defendant and the government. Presentence report is due 6/4/24. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. 3553(a) factors must be filed (in one combined filing per side) by 6/25/24. Any responses must be filed by 7/2/24. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. The personal money judgment component of the forfeiture allegation will be resolved at sentencing. The specific property component of the forfeiture allegation is dismissed by the government. Defendant's conditions of pretrial release remain as set pending sentencing. Enter jury notes. Enter verdict form.

December 15, 2023

Manish S. Shah
U.S. District Judge