IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 582 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| DAVID IZSAK | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE TO EMERGENCY MOTION TO COMPEL
THE DISCLOSURE OF GRAND JURY TRANSCRIPTS AND
GRAND JURY MINUTES**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully responds to defendant's emergency motion to compel the disclosure of grand jury transcripts and grand jury minutes of the sessions before the grand jury that issued the indictment in this case. R. 230.  In support of this submission, the government states as follows:

1.     On March 13, 2019, March 27, 2019, and June 5, 2019, AUSA A appeared before the Special January 2019 Grand Jury and presented evidence concerning Yale Schiff, an individual charged in a separate case. On June 5, 2019, at the conclusion of this third session, the Special January 2019 Grand Jury issued an indictment charging Yale Schiff with violations of Title 18, United States Code, Section 1344 (bank fraud) and Title 18, United States Code, Section 1028A (aggravated identity theft). *See United States v. Yale Schiff,* N.D. Ill. Case No. 19 CR 474 (Rowland, J.), R. 1.

1

2.      On July 10, 2019, July 17, 2019, and July 24, 2019, AUSA A appeared before the Special January 2019 Grand Jury and presented additional evidence concerning Yale Schiff, as well as Jason Schiff, who is Yale Schiff's brother. On July 24, 2019, the Special January 2019 Grand Jury issued a superseding indictment charging Yale Schiff with bank fraud and aggravated identity theft and Jason Schiff with bank fraud. *United States v. Yale Schiff*, et al., Case No. 19 CR 474, R. 26.

3.      During the sessions on July 10, 2019 and July 17, 2019 before the Special January 2019 Grand Jury, AUSA A also presented evidence about defendant David Izsak. On July 17, 2019, the Special January 2019 Grand Jury issued an indictment charging Izsak with violations of Title 18, United States Code, Section 1344 (bank fraud) and Title 18, United States Code, Section 1028A (aggravated identity theft). R. 1. The *Izsak* indictment referenced Yale Schiff and made allegations about Yale Schiff's involvement in the alleged bank fraud scheme charged in the *Izsak* indictment. Izsak was convicted following a trial. R. 141. On March 26, 2025, this Court sentenced Izsak to 60 months' imprisonment. R. 193. Izsak is currently serving his sentence.

4.      On June 18, 2026, defendant Izsak filed an Emergency Motion to Compel the Disclosure of the Grand Jury Transcripts and Minutes. R. 230. Izsak alleged in the motion that, based on information about AUSA A's conduct before the grand jury that issued the indictment in *United States v. Rabbit, et al.,* No. 25 CR 693 (Perry, J.), there was "a substantial risk that similar prosecutorial misconduct occurred in this matter." R. 230 at 2.

5.     Without taking a position on the propriety of any statements AUSA A made to the Grand Jury during the investigation of these two cases, and without waiving any substantive, procedural, or other arguments before this Court should the defendant seek relief based on the grand jury transcripts, the government does not object if the Court orders the release of the grand jury transcripts in this case to counsel for David Izsak.

6.     The government requests that, in the event the Court orders the disclosure of the grand jury transcripts, including colloquies, to counsel, and allows counsel to show the grand jury materials to defendant, the Court require the defendant and counsel to treat the grand jury materials as sensitive and as under seal.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    /s/ Elly Moheb
ELLY MOHEB
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
5th Floor
Chicago, IL 60604
(312) 353-5300